# IN THE UNITED STATES DISTRICT COURT
## FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Corpus Christi</u> DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

<u>MARVIN WADDLETON III   #1355746</u>
Plaintiff's name and ID Number

<u>W. McConnell unit</u>
Place of Confinement

CASE NO: _____

(Clerk will assign the number)

v.

<u>MR. NORRIS JACKSON  McConnell Unit</u>
Defendant's name and address

<u>MR. A. AMBRIZ McConnell Unit</u>
Defendant's name and address

<u>Mr. D. KEMPT McConnll</u>
Defendant's name and address
(DO NOT USE "ET AL.")

**United States Courts
Southern District of Texas
FILED**

**AUG 0 9 2010**

**David J. Bradley, Clerk of Court**

---

## INSTRUCTIONS - READ CAREFULLY

### NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

# FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I.   PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?            X         YES    _____    NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: September  2000

2. Parties to previous lawsuit:
Plaintiff(s): MARVIN WADDLETON III

Defendant(s): BLALOCK , J.B.SMITH Sheriff Dept.

3. Court (If federal, name the district; if state, name the county) EASTERN,  TYLER DIVISION

4. Docket Number: 6:00 cv 298

5. Name of judge to whom case was assigned: JUDITH GURTHRIE

6. Disposition: (Was the case dismissed, appealed, still pending?)
Dismissed

7. Approximate date of disposition: December 2000

**II.  PLACE OF PRESENT CONFINEMENT:** W. MC CONNELL Unit

**III.  EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? _____X   YES   ___   NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV.  PARTIES TO THE SUIT:**

A.  Name of address of plaintiff:  MARVIN WADDLETON III et,all

Mc Connell Unit 3001 S. Emily Dr. Beeville, Tex. 78102-8583

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Mr. Norris JACKSON Asst Warden

Mc Connell Unit 3001 S. Emily Dr. Beeville, Tex. 78102

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Ordered Major M. BARBER to visual cavity body search of the prisioner's.

Defendant #2: A. AMBRIZ-Major  Stg. J. SOTO

Mc Connell Unit 3001 S. Emily Dr. Beeville, Tex. 78102-8583

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Ordered visual body cavity search upon leaving recreation yard.

Defendant #3: Mr. D. KEMPT Captain       Lt. K. GARZA

Ordered visual body cavity search after Church services.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

3001 S. Emily Dr. Beeville, Tex. 78101-8583

Defendant #4: V.L. BRISHER Asst. ADMININSTRATOR Region  B. Trevino - Region

HC02 Box 965 Beeville, Tex. 78102

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Failure to stop the unreasonable visual cavity searches on the Unit.

Defendant #5: Ms. Barbara TREVINO  Asst Region Director IV

HC02 Box 965 Beeville Tex. 78102

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Failure to stop the unreasonable  without penologal searches.

## V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal argument or cite any cases of statutes.</u>  If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(1).  My Constitutional rights of the U.S.C.Const of the 4,8,14, amendments were violated on the 13th of June 2008 by ordered visual cavity body search in front of 7,8, Chow hall which O.D.R. dining hall next to it.  Asst. Warden N. JACKSON told MAJOR M. Barber to order the Sgt and C.O. to pull the Prisoner's out of the 8 chow hall and strip search them Cpt. E. Castro (F), Sgt Ortiz and other male and females and Sgt. RIDER obeyed, pulling 10 inmates out at a time.  There were other females in close to area Sgt. S ZAMORA work the O.D.R. gate, where Commissary personal (F) were present MS. P. TREVINO and R. RAMIREZ and unknown workers in the O.D.R. Chow hall non emergcy and without probable cause.

(F) -female

## VI.  RELIEF:
State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite not cases or statutes.

I'm seeking an injunction to stop those wanton unreasonable without probable cause. Shall ask for nominal damages of $5,000.00 per incident and 450,000.00 puntive.

## VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases:

None

B.  List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#924976  #1355746

## VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES   _x_ NO

B.  If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed.  (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (If federal, give district and division): _____

2.  Case Number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied? _____ YES   _x___ NO

C.  Has any court ever warned or notified you that sanctions could be imposed? ____ YES  X  NO

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed warning (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date warning were imposed: _____

Executed on: Aug. 04, 2010
_____
(Date)

Marvin Waddleton III
_____
(Printed Name)

*Marvin Waddleton III*
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this  04  day of  August , 20 10 .
(Day)          (Month)                    (Year)

Marvin Waddleton III
_____
(Printed Name)

*Marvin Waddleton III*
_____
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

**STATEMENT OF CLAIM :**

(2).My Constitution rights of the 4,8,14, U.S.C.A. Cont. amendment were again violated on the 15th of April 2009 when ordered to submit to a visual cavity body search in around 8 building desk and L Pod hall.  Ordered and in the presence of Major A. AMBRIZ, with Sgt. J. SOTO without probable cause and an non-emergcy when exit the recreation yard.

(3).  My Constitution rights were violated again  U.S.C.Cont. 4,8,14, on the 26th day of April 2009 by ordered visual cavity body search at the 7 gym after Church services.  Ordered by Sgt. M. Mc GOVERN on a non-emergcy without probable cause.

(4).  My Constitutuon rights of U.S.C.A. Const 4,8,14, amendment were again violated on the 29th of April 2009 upon going to the recreation yard.  Orderedby and the presence of Cpt. D. KEMP and Lt. K. GARZA (F).  On 8 building L pod hall with Sgt. T. Marcom and about 5 other females in close range around the desk. And a U.T.M.B employee Ms. K BAGNALL Mental heaLTH dept. Prisoner's - Inmates - Offenders were ordered to submit to a visual cavity body search, without probable cause and absent of any emergcy.

**VI. Relief**

damages plus legal fees filing and Court cost.



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 200816789?

UGI Recd Date: JUL 24 2008

HQ Recd Date: JUL 29 2008

Date Due: 8-28-08

Grievance Code: 815

Investigator ID #: I1398

Extension Date: _____

Offender Name: _Waddleton Marvin III_   TDCJ # _1355746_

Unit: _McConnell_   Housing Assignment: _8-L-30 B_

Unit where incident occurred: _SAME_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because... it didn't address the violation. To subject a prisoner to such extreme degrading visual cavity search was a invasion of one's privicy. The U.S.A. const. 4th amendment protect a prisoner from unreasonable, degrading, unnecessary search, without any suspicion of wrongdoing. The Due process provide protection for prisoners from a invasion of privicy without cause. To have one naked body view by member of the opposite sex, out in front of 8 chow hall and by the O.D.R. gate violate all principles and fundamental rights.

The visual cavity strip search was not only unnecessary, but also unprofessional, by the place in which it was done and the psychological suffering cause with the presence of females within close visual range. The area was secure, when the doors on 8 Chow hall was closed, preventing other prisoners from exiting the Chow hall. After Lt Jacqulyn Jameson, sgt Ortiz and others officer arrested the inmate outside, between 10 gate and B turn out. The prisoners that were eating inside 8 Chow hall had nothing to do with the incident. Asst Warden N. Jackson orders to strip search the inmates who were inside the 8 Chow hall was a wanton, malicious act, totally without penological justification Violation of both the 4th and 8th U.S.A const amendments

**I-128 Front** (Revised 9-1-2001)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Offender Signature:** *Flair Waddleton III.*          **Date:** 7-24-08

**Grievance Response:**

Your complaint has been investigated. There is insufficient evidence to substantiate your claim that you are being punished by officers conducting strip searches on you in front of female officers. Strip searches are very often unpleasant tasks for offenders and staff alike. They are, however, a vital part of institutional security. When possible, staff of the same gender should conduct the search, however, if circumstances dictate that staff of the opposite gender must conduct the search, such searches are authorized, only in extraordinary circumstances and approved by the Warden. You were appropriately advised in your Step 1. Without sufficient evidence, no further action is warranted.   SRO

**Signature Authority:** _(signature)_                          **Date:** AUG 1 1 2008

V. L. BRISHER, ASST ADMINISTRATOR

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

I-128 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**                    CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2ⁿᵈ Submission**                    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3ʳᵈ Submission**                    CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2009135008

UGI Recd Date: MAY 0 1 2009

HQ Recd Date: JUN 0 2 2009

Date Due: 7-02

Grievance Code: 518

Investigator ID #: 0205

Extension Date: 8-6

Offender Name: _Waddleton Marvin III_   TDCJ # _1353746_

Unit: _McConnell_   Housing Assignment: _9-1-08 B_

Unit where incident occurred: _Same_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...* There was not shown to be any security breach to warrant the need to violate the U.S const 4 amend probable cause. There had not been any emergy on the Recreation yard that would deem the necessary. A Prisoner body is private, not to be violated without reasonable probable cause. For what ever possible reason to train new officer is not deem as a security need.

Because under U.S const 14 Amendment due process also there equal protection under the law. Being that we prisoners live within a controlled environment with no outside contact on a daily basies the need to strip a Prisoner has to meet a great need.

Prisoner being incarcerate in T.D.C.J. is the punishment for the criminal act for which they have been convicted. When Administration take upon there self to inflict a wanton malicous act to a Prisoner thus violate U.S.Const amend 8 of cruel and unusual punishment.

Officers are in Violation of Tex Const Art 1 § 3, 9, and 13 also U.S. const 4, 8, and 14 amendments.

---

I-128 Front (Revised 9-1-2001)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Offender Signature:** _Flain Waddlbon III_                    **Date:** _5-28-09_

**Grievance Response:**

Strp searches are an unpleaseant task for staff and offenders alike, however they will continue to ensure a
safe living and working environment. No action from this office will be taken.

Barbara Trevino, Region IV Assistant Director

**Signature Authority:** _[signature]_                              **Date:** _6-22-09_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |



## Texas Department of Criminal Justice
# STEP 2
### OFFENDER GRIEVANCE FORM

Offender Name: _Wadilleton Marvin III_   TDCJ # _1358746_

Unit: _McConnell_   Housing Assignment: _9-L-08-6_

Unit where incident occurred: _SAME_

**OFFICE USE ONLY**

Grievance #: _2009145889_

UGI Recd Date: _JUN 0 8 2009_

HQ Recd Date: _JUN 1 5 2009_

Date Due: _7-13_

Grievance Code: _518_

Investigator ID #: _T0205_

Extension Date: _8-17_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

T.D.C.J. Officials continue to violate prisoners right to privacy of their body. In the response R. Crites - Warden claim that strip search - visual cavity searches can and shall be conducted by all correctional staff, both male and female. However, the A.D 3.22 I Visual / Pat Searches clearly states Female Offenders shall be pat searched by Female staff. In According to Equal Protection Male offenders have the same right not to be pat searched by Female staff. Thus for Male Offenders to be strip searched and visual cavity search by Female staff is totally unreasonable.

For a strip-search to meet a Tex. art I.89 reasonable requirement it must be penological justified, not to violate clearly established Constitutional rights and statutory laws. Cpt D. Kempt stated that there was no reason, nor was a reason needed to strip search Prisoners. Being subjected to staff perverted sexual entertainment at the expense of Prisoners violate both search and siezure, cruel and unusual punishment.

Equal protection of the law provide Equal opportunity for jobs which allow both male and female to work at opposite gender Unit, but during normal operation not allowed

**I-128 Front** (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

to perform certian duties. To invade upon my privicy of my body genital with a penaloged reasan violates all principles of moral, modesty, undigified, humiliating unpleasant, embarrassing and repulsive.

Violation of Tex const art 1 sec 3, 9, 13 and U.S const 4, 8, 14 amendments

**Offender Signature:** _Melvin Maddleton II_    **Date:** 6-08-09

**Grievance Response:**

Strip searches are an unpleasant task for staff and offenders alike. They are necessary and will continue to ensure a safe and free living and working environment. Unit supervisors state that the searches were conducted according to policy. No action will be taken.

Barbara Trevino, Region IV Assistant Director

**Signature Authority:** _____    **Date:** 7-14-09

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission              CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**              CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**              CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

I-128 Back (Revised 9-1-2007)

Appendix G



U.S. District Court
c/o Clerk
1133 N. Shoreline Blvd.
Corpus Christy, Tex. 78401-200

SAN ANTONIO TX 782-CH

PM 05 AUG 2010 PM

David J. Bradley, Clerk of Court

AUG 09 2010

FILED
Southern District of Texas
United States Courts

LEGAL

Marvin Waddleton III #1355746
McConnell Unit
3001 S. Emily Dr
Beeville, Tex. 78102-8583